■ In the Matter of Sᴜᴇ A. Hᴀᴍɪʟᴛᴏɴ, an Attorney, Resignor. [678 NYS2d 539] —Resignation accepted and name removed from roll of attorneys (see, Matter of Manown, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Sept. 1, 1998.)

■ In the Matter of Sᴛᴇᴘʜᴇɴ H. Hᴀssᴇᴛᴛ, an Attorney, Resignor. [678 NYS2d 537] —Resignation accepted and name removed from roll of attorneys (see, Matter of Manown, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Sept. 1, 1998.)

■ In the Matter of Lᴏʀɪ S. Kʟɪɴɢᴇʀ, an Attorney, Resignor. [678 NYS2d 539] —Resignation accepted and name removed from roll of attorneys (see, Matter of Manown, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Sept. 1, 1998.)

■ In the Matter of Tʜᴏᴍᴀs R. Lᴜᴄᴀs, an Attorney, Resignor. [678 NYS2d 538] —Resignation accepted and name removed from roll of attorneys (see, Matter of Manown, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Sept. 1, 1998.)

■ In the Matter of Lᴀᴡʀᴇɴᴄᴇ G. McPʜᴇʀsᴏɴ, an Attorney, Resignor. [678 NYS2d 539] —Resignation accepted and name removed from roll of attorneys (see, Matter of Manown, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Sept. 1, 1998.)

■ In the Matter of Jᴇʀɪ L. Mᴇʀᴋʟᴇʏ, an Attorney, Resignor. [678 NYS2d 538] —Resignation accepted and name removed from roll of attorneys (see, Matter of Manown, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Sept. 1, 1998.)

■ In the Matter of Eᴅᴡɪɴ C. Mɪʟʟs, III, an Attorney, Resignor. [678 NYS2d 539] —Resignation accepted and name removed from roll of attorneys (see, Matter of Manown, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Sept. 1, 1998.)

■ In the Matter of Eᴅᴡᴀʀᴅ L. Nᴏᴡᴀᴋ, an Attorney, Resignor. [678 NYS2d 538] —Resignation accepted and name removed from roll of attorneys (see, Matter of Manown, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Sept. 1, 1998.)

■ In the Matter of Lᴀʀʀʏ D. Sᴄʜᴇᴀꜰᴇʀ, an Attorney, Resignor. [678 NYS2d 538] —Resignation accepted and name